POLLOCK COHEN LLP
Christopher K. Leung (SBN 210325)
Max E. Rodriguez (admitted *pro hac vice*)
Adam Pollock (admitted *pro hac vice*)
(212) 337-5361
Max@PollockCohen.com
*Attorneys for Plaintiff-Relator Roger S. Craig*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG,<br><br>Plaintiff,<br><br>v.<br><br>HAWTHORNE MACHINERY CO., and COMERICA BANK,<br><br>Defendants. | Case No. 3:20-cv-01625-WQH-AHG<br><br>**RESPONSE IN FURTHER SUPPORT OF MOTION FOR LEAVE TO AMEND** |

Relator Roger S. Craig hereby provides a response in further support of his motion for leave to amend the complaint in this action. ECF No. 43. As explained further below, Relator respectfully submits that this Court should grant his motion for leave to amend and, consistent with the procedures laid out in this Court's prior order, permit Relator to file the unredacted second amended complaint on the public docket.

On July 10, 2023, this Court granted in part and denied in part Relator's motion for leave to file a second amended complaint, and to do so under seal. ECF No. 44. This Court's order directed Relator's counsel to file a redacted public copy of the proposed second amended complaint. *Id.* at 4–5. The redactions in question related to documents produced by Defendant Hawthorne Machinery Co. pursuant to the Court's protective order, which were designated as confidential. On July 17, 2023, the undersigned filed a declaration in support of Relator's motion for leave to amend, filing as Exhibit 1 to that declaration the proposed redacted second amended

complaint. ECF Nos. 46, 46-1.

This Court's order further explained that "[n]o later than fourteen (14) days from the date this order is filed" — July 24, 2023 — defendant "Hawthorne Machinery may file a motion to seal the unredacted [sealed] version of the proposed SAC, containing justification for continuing to seal the redacted portions of the proposed SAC." ECF No. 44 at 4–5.

Hawthorne Machinery did not file any such motion. The Court's order states that "[i]f Hawthorne Machinery fails to timely file a motion to seal or fails to justify the sealing of the redacted portions of the proposed SAC, the Court will order the unredacted version of the proposed SAC to be unsealed." *Id.* at 5.

After that, on July 31, 2023, Hawthorne Machinery filed a statement of non-opposition to Relator's motion for leave to amend. ECF No. 47.

Now that Hawthorne Machinery's window to file its motion to seal has passed, and Hawthorne Machinery has stated its non-opposition to the motion for leave to amend, Relator respectfully submits that the motion for leave to amend should be granted and the second amended complaint should be filed publicly in its unredacted form as the operative complaint in this action.

Dated: August 8, 2023
    New York, NY

                                    Respectfully submitted,

                            By:  */s/ Max E. Rodriguez*

                                    Christopher K. Leung (SBN 210325)
                                    Max Rodriguez (admitted *pro hac vice*)
                                    Adam Pollock (admitted *pro hac vice*)
                                    POLLOCK COHEN LLP
                                    111 Broadway, 18th Floor
                                    New York, NY 10006
                                    Tel: (212) 337-5361
                                    Email: max@pollockcohen.com

                                    *Counsel for Plaintiff-Relator
                                    Roger S. Craig*