1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG, | Case No.: 20-cv-1625-WQH-AHG |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| HAWTHORNE MACHINERY CO. and COMERICA BANK, | |
| Defendants. | |

HAYES, Judge:

    The matter before the Court is the Motion for Leave to File Second Amended Complaint (ECF No. 43) filed by Plaintiff-Relator Roger S. Craig.

    On August 21, 2020, Plaintiff-Relator Roger S. Craig ("Relator") initiated this action on behalf of the United States of America by filing a Complaint under seal against Defendants Hawthorne Machinery Co. ("Hawthorne Machinery") and Comerica Bank ("Comerica"), alleging violations of the False Claims Act ("FCA"). (ECF No. 1.)

On March 11, 2021, Relator filed a First Amended Complaint ("FAC"), the operative complaint, against Defendants, bringing two claims for violations of the FCA. (ECF No. 4.)

On November 16, 2022, the Court issued an Order stating that the United States declined to intervene and ordering that the Complaint, FAC, that Order, and all further matters be unsealed and served on Defendants. (ECF No. 13 at 1–2; *see* ECF No. 15 (Government's Notice of Election to Decline to Intervene).) The Court's Order further stated that the United States "is entitled to intervene in this action, for good cause, at any time." (ECF No. 13 at 2.)

On June 12, 2023, Relator submitted to the Court a Motion for Leave to File Second Amended Complaint Under Seal, which was filed on the docket on July 10, 2023. (ECF No. 43.)

On July 10, 2023, the Court issued an Order denying Relator's request to seal the entirety of the Motion for Leave to File Second Amended Complaint and directed the Clerk of Court "to file on the public docket this Order along with the Motion for Leave to File Second Amended Complaint, and file the proposed SAC under seal with access only available to the Parties and the Government." (ECF No. 44 at 4.) The Court also ordered Relator to "file publicly a redacted version of the proposed SAC." *Id.* The Court granted Hawthorne Machinery fourteen days from the date the Order was filed to "file a motion to seal the unredacted version of the proposed SAC, containing justification for continuing to seal the redacted portions of the proposed SAC," and if no timely motion to seal was filed, the Court stated that it "will order the unredacted version of the proposed SAC to be unsealed." *Id.* at 4–5.

On July 17, 2023, Relator filed an Affidavit in Support of the Motion for Leave to File Second Amended Complaint and attached a redacted proposed Second Amended Complaint. (ECF No. 46.)

On July 31, 2023, Hawthorne Machinery filed a Notice of Non-Opposition to the Motion for Leave to File Second Amended Complaint. (ECF No. 47.)

On August 8, 2023, Relator filed a Response in support of the Motion for Leave to Amend. (ECF No. 48.)

The docket reflects that Hawthorne Machinery has not filed any motion to seal the unredacted version of the proposed SAC.

IT IS HEREBY ORDERED that the unopposed Motion for Leave to File Second Amended Complaint (ECF No. 43) is granted. Relator shall file the unredacted amended complaint within **ten (10) days** of the entry of this Order.

IT IS FURTHER ORDERED that the Proposed Second Amended Complaint (ECF No. 45) shall be unsealed. The Clerk of Court is directed to unseal the filing.

Dated:  August 17, 2023

Hon. William Q. Hayes
United States District Court