POLLOCK COHEN LLP
Christopher K. Leung (SBN 210325)
Max E. Rodriguez (admitted *pro hac vice*)
Adam Pollock (admitted *pro hac vice*)
(212) 337-5361
Max@PollockCohen.com
*Attorneys for Plaintiff-Relator Roger S. Craig*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG,<br><br>Plaintiff,<br><br>v.<br><br>HAWTHORNE MACHINERY CO., BRIAN VERHOEVEN, TEE NESS, and DAVID NESS,<br><br>Defendants. | Case No. 3:20-cv-01625-WQH-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMERICA BANK PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff-Relator Roger S. Craig hereby voluntarily dismisses Comerica Bank from this action **without** prejudice as to himself and **without** prejudice as to the United States of America.

Dated: August 23, 2023
New York, NY

Respectfully submitted,

By: */s/ Max E. Rodriguez*

Christopher K. Leung (SBN 210325)
Max Rodriguez (admitted *pro hac vice*)
Adam Pollock (admitted *pro hac vice*)
POLLOCK COHEN LLP
111 Broadway, 18th Floor
New York, NY 10006
Tel: (212) 337-5361
Email: max@pollockcohen.com

*Counsel for Plaintiff-Relator
Roger S. Craig*