UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG,<br><br>                     Plaintiff,<br><br>v.<br><br>HAWTHORNE MACHINERY CO., BRIAN VERHOEVEN, TEE NESS, and DAVID NESS,<br><br>                     Defendants. | Case No.:  20-cv-1625-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

    On August 23, 2023, Plaintiff-Relator Roger S. Craig and Defendants Hawthorne Machinery Co., Brian Verhoeven, Tee Ness, and David Ness (collectively, "Defendants") filed the Joint Motion to Set Time for Defendants to Respond to Second Amended Complaint and Briefing Schedule. (ECF No. 56.)

    Having considered the parties' Motion and good cause appearing,

    IT IS HEREBY ORDERED that the Joint Motion to Set Time for Defendants to Respond to Second Amended Complaint and Briefing Schedule (ECF No. 56) is granted. Defendants must respond to the Second Amended Complaint ("SAC") on or before

**October 20, 2023**. In the event any Defendant moves to dismiss the FAC pursuant to Federal Rule of Civil Procedure 12, Plaintiff-Relator must file opposition papers on or before **November 21, 2023**, and any reply shall be due on or before **December 8, 2023**. Subject to any further Court Order, the contents and page limits of any briefing shall be governed by the Federal Rules of Civil Procedure and the Southern District of California Civil Local Rules. Any prior Court Order enlarging the page limit for the parties' briefing schedule, including ECF No. 34, is hereby vacated.

Dated: August 25, 2023

Hon. William Q. Hayes
United States District Court