1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG,<br><br>Plaintiffs,<br><br>v.<br><br>HAWTHORNE MACHINERY CO., BRIAN VERHOEVEN, TEE NESS, and DAVIS NESS,<br><br>Defendants. | Case No. 3:20-cv-01625-WQH-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>**[ECF NO. <u>59</u>]** |

On November 15, 2023, Plaintiff-Relator Roger S. Craig ("Plaintiff-Relator") and Defendants Hawthorne Machinery Co. ("Hawthorne"), Brian Verhoeven, Tee Ness, and David Ness (collectively, "Defendants") (collectively, the "Parties") filed a Joint Motion to extend the briefing schedule for Defendants' motion to dismiss. ECF No. 59.  Good cause appearing, the Joint Motion is **GRANTED**.

    1.    Plaintiff-Relator's opposition to Defendants' motion to dismiss the SAC shall be due on **November 28, 2023**; and any reply shall be due on **December 15, 2023**.

    2.    The contents and page limits of the parties' briefing shall be governed by the Local Rules of this District.

1

2    **IT IS SO ORDERED.**

3

4    DATED:  _____, 2023

5

6    _____

7    Hon. William Q. Hayes
     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION TO SET TIME TO RESPOND TO SAC AND BRIEFING SCHEDULE
CASE NO. 3:20-CV-01625-WQH-AHG