SHARE:

Join Our Email List



*"LADY ZAR"*
*86' Cheoy Lee Cockpit Motor Yacht '98*
*$100,000 Price Reduction!*
*Now $1,095,000*





- *Walk around side decks, 5 staterooms and six heads*
- *Enclosed skylounge, fishing cockpit, 21' beam and 2,500 gallons of fuel capacity*
- *Custom interior with Country Kitchen and expanded crew quarters*
- *Recent haul out and bottom paint*
- *LLC owned and ready to cruise*

**Full time Captain - Owner moving up**
**Open to trade offers**

*Shown by appointment.*
*Call Brian Hovey at 949-675-8092 or 714-501-5405(cell)*
*for additional information.*

*Located at our docks Newport Beach, CA*

Yacht World specs ~ YATCO specs

# www.chuckhoveyyachts.com

NEWPORT BEACH    949.675.8092
SAN DIEGO    619.222.0626
SEATTLE    206.624.1908

