AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| The United States of America ex rel. Roger Craig )<br>*Plaintiff* )<br>v. )<br>Hawthorne Machinery Co., et al. )<br>*Defendant* ) | Case No.  3:20-cv-01625 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff-Relator Roger Craig

Date:   12/19/2023

*Attorney's signature*

Molly Knobler SBN: 279347
*Printed name and bar number*

801 17th St. NW, Suite 430
Washington, DC 20006

*Address*

mknobler@dicellolevitt.com
*E-mail address*

(202) 975-2288
*Telephone number*

*FAX number*