Max E. Rodriguez (admitted *pro hac vice*)
LAW OFFICE OF MAX RODRIGUEZ PLLC
575 5th Avenue, 14th Floor
New York, NY 10017
Tel: 646-741-5167
Max@maxrodriguez.law

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG,<br><br>Plaintiff,<br><br>v.<br><br>HAWTHORNE MACHINERY CO., and COMERICA BANK,<br><br>Defendants. | Case No. 3:20-cv-01625-WQH-AHG<br><br>**MOTION TO WITHDRAW MAX E. RODRIGUEZ AS ATTORNEY OF RECORD FOR PLAINTIFF-RELATOR**<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

PLEASE TAKE NOTICE that pursuant to Local Rule 83.3(f)(3), Max E. Rodriguez, of the law firm LAW OFFICE OF MAX RODRIGUEZ PLLC ("Law Office of Max Rodriguez"), hereby moves to withdraw as attorney of record for Plaintiff-Relator Roger S. Craig in the above-captioned matter. In support of this motion, counsel for Plaintiff-Relator also submits the Declaration of Max E. Rodriguez.

Counsel for Plaintiff-Relator respectfully requests that the Court grant this motion and enter an order to remove Max E. Rodriguez of Law Office of Max Rodriguez as counsel of record from the docket of this case. A proposed order accompanies this motion.

DATED: February 14, 2025         Respectfully submitted,

By: */s/ Max Rodriguez*
Max E. Rodriguez (*pro hac vice*)
575 5th Avenue, 14th Floor
New York, NY 10017
Tel: 646-741-5167
Max@maxrodriguez.law