Max E. Rodriguez (admitted *pro hac vice*)
LAW OFFICE OF MAX RODRIGUEZ PLLC
575 5th Avenue, 14th Floor
New York, NY 10017
Tel: 646-741-5167
Max@maxrodriguez.law

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG,<br><br>Plaintiff,<br><br>v.<br><br>HAWTHORNE MACHINERY CO., and COMERICA BANK,<br><br>Defendants. | Case No. 3:20-cv-01625-WQH-AHG<br><br>**DECLARATION OF MAX E. RODRIGUEZ IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF-RELATOR** |

-1-

## DECLARATION OF MAX E. RODRIGUEZ

I, Max E. Rodriguez, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Principal at the law firm, Law Office of Max Rodriguez PLLC. I was counsel for Plaintiff-Relator Roger S. Craig in the above-captioned action.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. I submit this declaration in support of the Motion to Withdraw Max E. Rodriguez as Attorney of Record for Plaintiff-Relator Roger S. Craig in this case.

4. On February 12, 2025, Plaintiff-Relator terminated the attorney-client relationship with the undersigned, effective immediately.

5. The Law Office of Max Rodriguez PLLC will be retaining a lien in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2025, at New York, NY.

By: */s/ Max Rodriguez*