

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ex rel; Roger S. Craig | Civil Action No. 20-cv-1625-WQH-AHG |
| **Plaintiff,** | |
| **V.** | |
| Hawthorne Machinery Co.; Comerica Bank; Brian Verhoeven;  Tee Ness; David Ness | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 98) is granted. Judgment is entered in favor of Defendants and against Relator as to all claims. This case is hereby closed.

**Date:**  6/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy