**DiCELLO LEVITT LLP**
BRIAN O. O'MARA (SBN 229737)
briano@dicellolevitt.com
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: 619-923-3939

CHARLES F. DENDER (*pro hac vice*)
MOLLIE WEISS (*pro hac vice*)
cdender@dicellolevitt.com
mweiss@dicellolevitt.com
485 Lexington Ave., Suite 1001
New York, NY 10017
Tel.: 646-933-1000

*Attorneys for Plaintiff-Relator*
*ROGER S. CRAIG*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. ROGER S. CRAIG, <br><br> Plaintiffs, <br><br> v. <br><br> HAWTHORN MACHINERY CO., BRIAN VERHOEVEN, TEE NESS, and DAVID NESS, <br><br> DEFENDANT. | Case No.: 3:20-cv-01625-WQH-AHG <br><br> **NOTICE OF SUBSTITUTION OF LOCAL COUNSEL FOR PLAINTIFF ROGER S. CRAIG** <br><br> Date: N/A <br> Courtroom: 15B <br> Judge: Hon. William Q. Hayes |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that local representation of Plaintiff Roger S. Craig has been reassigned from Steven M. Jodlowski to Brian O. O'Mara of DiCello Levitt LLP. Please remove Steven M. Jodlowski from the service list.

All pleadings, orders, and notices should henceforth be served upon remaining counsel of record and the following local counsel for Plaintiffs, who has agreed to serve as sponsoring local counsel for attorneys for Charles F. Dender and Mollie Weiss, each admitted pro hac vice:

**DICELLO LEVITT LLP**
Brian O. O'Mara (SBN 229737)
briano@dicellolevitt.com
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: 619-923-3939

Dated: June 23, 2026

By:    /s/ *Brian O. O'Mara*

BRIAN O. O'MARA
**DICELLO LEVITT LLP**
briano@dicellolevitt.com
4747 Executive Drive, Suite 240
San Diego, CA 92121
619-923-3939

CHARLES F. DENDER
**DICELLO LEVITT LLP**
cdender@dicellolevitt.com
485 Lexington Ave., Suite 1001
New York, NY 10017
646-933-1000

*Attorneys for Plaintiff-Relator*
*ROGER CRAIG*

NOTICE OF SUBSTITUTION OF LOCAL COUNSEL FOR
PLAINTIFF ROGER S. CRAIG